1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX              | **MDL NO. 1699**
13 | MARKETING SALES PRACTICES AND           | **District Judge: Charles R. Breyer**
   | PRODUCT LIABILITY LITIGATION            |

14 | This Document Relates To:

15 | *Judy Shearer, et al. vs. Pharmacia Inc, et al.*   | **STIPULATION AND ORDER OF**
   | (05-4581 CRB)                                       | **DISMISSAL WITH PREJUDICE**
16

17 | *Barbara J. Williams vs. Pfizer Inc, et al.*
   | (06-1670 CRB)

18 | *Michele Walker, et al. vs. Pfizer Inc, et al.*
   | (06-1878 CRB)
19

20 | *Stephanie Shearer vs. Monsanto Company, et*
   | *al.*
21 | (06-1902 CRB)

22 | *Joe Vega, et al. vs. Pfizer Inc, et al.*
   | (06-2440 CRB)

23 | *Brad Henry Taylor vs. Pfizer Inc, et al.*
   | (06-2577 CRB)
24

25 | *James Preston Taylor vs. Pfizer Inc, et al.*
   | (06-2863 CRB)

26 | *John H. Roberts, Jr. vs. Pfizer Inc, et al.*
   | (06-3062 CRB)
27

28 | *Patsy Lynn Stegall vs. Pfizer Inc, et al.*
   | (06-3084 CRB)

-1-

EAST\42592415.1

1

2   *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
    (06-3100 CRB)

3   *Barbara Smith, et al. vs. Pfizer Inc, et al.*
    (06-3102 CRB)
4
    *Arnold Swick vs. Pfizer Inc*
5   (06-3304 CRB)

6   *Corrine Morrisette vs. Pfizer Inc, et al.*
    (06-3363 CRB)
7
    *Sylvia Wingard vs. Pfizer Inc, et al.*
8   (06-3653 CRB)

9   *Susan Smith vs. Pfizer Inc, et al.*
    (06-3951 CRB)
10
    *Clarence Edward Smith vs. Pfizer Inc, et al.*
11  (06-3957 CRB)

12  *Mary Vernick vs. Pfizer Inc, et al.*
    (06-4102 CRB)
13
    *Patricia Ann Kennedy Watson vs. Pfizer Inc, et*
14  *al.*
    (06-4285 CRB)
15
    *Marvin Rogers vs. G.D. Searle LLC, et al.*
16  (06-4514 CRB)

17  *Shirley Lindeen vs. G.D. Searle LLC, et al.*
    (06-4515 CRB)
18
    *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et*
19  *al.*
    (06-4547 CRB)
20
    *Charles Snodgrass vs. Pfizer Inc, et al.*
21  (06-4661 CRB)

22  *John Vandale vs. Pfizer Inc, et al.*
    (06-5257 CRB)
23
    *William Coulson, et al. vs. Pfizer Inc, et al.*
24  (06-5261 CRB)

25  *Dick Shepherd vs. Pfizer Inc, et al.*
    (06-5417 CRB)
26
    *Robin Morrison, et al. vs. Pfizer Inc, et al.*
27  (06-6900 CRB)

28  *Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

EAST\42592415.1

1  (06-7003 CRB)

2  *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   (06-7113 CRB)
3
4  *Florence Salle vs. Pfizer Inc, et al.*
   (06-7207 CRB)

5  *Jimmie A. Scott vs. Pfizer Inc, et al.*
   (06-7259 CRB)
6
7  *William Edward Simpson vs. Pfizer Inc, et al.*
   (07-0972 CRB)

8  *Terry Vintson vs. Pfizer Inc, et al.*
   (07-0977 CRB)
9
10  *Deanna L. Walston vs. Pfizer Inc, et al.*
    (07-1318 CRB)

11  *Louis Romanelli vs. Pfizer Inc, et al.*
    (07-2631 CRB)
12
13  *Johnnie L. West vs. Pfizer Inc, et al.*
    (07-5687 CRB)

14  *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
    (07-5915 CRB)
15
16  *Gene Summers vs. Pfizer Inc, et al.*
    (08-0259 CRB)

17  *Maria Avendano vs. Pfizer Inc, et al.*
    (08-1099 CRB)
18
19  *Mary Woodall vs. Pfizer Inc, et al.*
    (08-1183 CRB)

20  *Mildred Sturdavant vs. Pfizer Inc, et al.*
    (08-1976 CRB)
21
22  *Netra Thomas vs. Pfizer Inc, et al.*
    (08-2110 CRB)

23  *John Denton vs. Pfizer Inc, et al.*
    (08-2459 CRB)
24
25  *Joanne Schwandt vs. Pfizer Inc, et al.*
    (08-2604 CRB)

26  *Donald Schwanke vs. Pfizer Inc, et al.*
    (08-3709 CRB)
27
28  *Cheryl Samuel vs. Pfizer Inc, et al.*
    (09-0888 CRB)

-3-

1

2       Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

3 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

4 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

5 each side bearing its own attorneys' fees and costs.

6

7      DATED: 10·29, 2009    By: _Navan Ward_

8                            **BEASLEY, ALLEN, CROW, METHVIN,**

9                            **PORTIS & MILES, P.C.**
                           218 Commerce Street
                           P.O. Box 4160

10                            Montgomery, Alabama 36103
                           Telephone: 334-269-2343

11                            Facsimile: 334-954-7555

12                            *Attorneys for Plaintiffs*

13

14      DATED: Oct. 29, 2009    By: _____

15

16                            **DLA PIPER LLP (US)**
                           1251 Avenue of the Americas
                           New York, New York 10020

17                            Telephone: 212-335-4500
                           Facsimile: 212-335-4501

18                            *Defendants' Liaison Counsel*

19

20

21      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

22      **IT IS SO ORDERED.**

23      **NOV 1 3 2009**
     Dated: _____

24                   Hon. Charles R. Breyer
                  United States District Court

25

26

27

28

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**